UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON, INC., <br><br> Defendants. | Case No.: 18cv2427-LAB (BLM) <br><br> **ORDER GRANTING HTC'S RENEWED MOTION TO STRIKE** <br><br> **[ECF No. 12]** |

On October 25, 2018, Plaintiffs filed a renewed motion asking the Court to strike their Motion to Compel Rule 45 Production and Rule 30(b)(6) Testimony from Qualcomm [ECF No. 1 ("Motion to Compel")] and supporting exhibits, which was filed as case-initiating Docket 1. ECF No. 12. The Court notes that a redacted version of the Motion to Compel has been filed [ECF No. 17] and **GRANTS** Plaintiffs' renewed motion to strike. Accordingly, the Court **DIRECTS** the Clerk of Court to strike Docket 1 from the record.

**IT IS SO ORDERED**.

Dated: 10/30/2018

Hon. Barbara L. Major
United States Magistrate Judge