# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC., | CASE NO. 18cv2427-LAB (MSB) |
| Plaintiffs, | **ORDER GRANTING DISMISSAL [Dkt. 20]** |
| vs. | |
| TELEFONAKITIEBOLAGET LM ERICSSON and ERICSSON INC., | |
| Defendants. | |

Plaintiffs HTC Corp. and HTC America, Inc. have moved to dismiss this action without prejudice. No Defendant has filed an answer or motion for summary judgment, so unilateral dismissal is permitted. FRCP 41. Plaintiffs' motion is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**. Dkt. 20. All other pending motions are **DENIED AS MOOT**. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: November 27, 2018

_Larry A. Burns_

**HONORABLE LARRY ALAN BURNS**
United States District Judge